LAWRANCE A. BOHM, (SBN: 208716)
BRADLEY J. MANCUSO, (SBN: 285616)
BRANDON P. ORTIZ, (SBN: 301685)
**BOHM LAW GROUP, INC.**
21051 Warner Center Lane, Suite 225
Woodland Hills, California 91436
Phone: 866-920-1292
Fax: 916-927-2046

Lincoln Ellis, Esq. (SBN 283657)
**LAW OFFICE OF LINCOLN W. ELLIS**
292 S. La Cienega Blvd., Suite 207
Beverly Hills, CA 90211
Phone: 213-207-6692
Fax: 855 701 5136

Attorneys for Plaintiff,
CLAY KRAMER

BOHM LAW GROUP, INC.
21051 WARNER CENTER LANE, SUITE 225
WOODLAND HILLS, CALIFORNIA 91367

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CLAY KRAMER, an individual,
Plaintiff,

vs.

BRIXINVEST, LLC dba "Rich Uncles", a limited liability corporation, JAMS, Inc., a corporation, and DOES 1 through 100, inclusive,

Defendants.

Case No.: 2:20-cv-08844-AB-JPR

Assigned to Judge Andre Birotte Jr. (Crtm 7B).

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Date: April 16, 2021
Time: 10:00 a.m.
Ctrm: 7B

Action Filed: September 18, 2019
Removal: September 29, 2020

BOHM LAW GROUP, INC.
21051 WARNER CENTER LANE, SUITE 225
WOODLAND HILLS, CALIFORNIA 91367

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on April 16, 2021 at 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 7B of the United States District Courthouse, 350 West First St., Los Angeles, CA 90012, Plaintiff Clay Kramer will and does move for an order granting his Motion for Leave to File a Third Amended Complaint, dismissing the First And Second Causes of Actions with prejudice, and lifting the stay of the Third Cause of Action. The proposed Third Amended Complaint is Exhibit 7 to the Declaration of Brandon Ortiz, attached herewith.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 17, 2021; March 5, 2021; and March 8, 2021 as described in the Declaration of Brandon Ortiz attached herewith.

Dated: March 19, 2021

By: */s/ Brandon Ortiz*

LAWRANCE A. BOHM, ESQ.
BRADLEY J. MANCUSO, ESQ.
BRANDON P. ORTIZ, ESQ.
LINCOLN ELLIS, ESQ.

Attorney for Plaintiff,
CLAY KRAMER

BOHM LAW GROUP, INC.
21051 WARNER CENTER LANE, SUITE 225
WOODLAND HILLS, CALIFORNIA 91367

## MEMORANDUM OF POINTS AND AUTHORITIES

I. INTRODUCTION

Plaintiff moves for leave to file a Third Amended Complaint that dismisses the First and Second Causes of Action, deletes allegations relevant to the dismissed claims, and substitutes "John Doe" with Plaintiff's real name, Clay Kramer. This motion is necessary to comply with the Court's order on February 11, 2021 that Plaintiff proceed with his real name.

The proposed Third Amended Complaint also deletes references to JAMS as a defendant. JAMS is no longer a party to this action because it was dismissed by Plaintiff in the Los Angeles County Superior Court. The proposed Third Amended Complaint does not include any other substantive changes. Importantly, the proposed Third Amended Complaint does **not** include any new or different allegations, theories, or causes of action.

Because Defendant suffers no prejudice from these amendments and amendments to the pleadings are liberally permitted, the Court should 1) grant leave for Plaintiff to file the proposed Third Amended Complaint, 2) dismiss the First and Second Causes of Action with prejudice, and 3) lift the stay issued on February 11, 2021 now that the claims that were compelled to arbitration have been resolved.

II. STATEMENT OF FACTS

**A. Relevant Procedural History**

This action was removed by Defendant from the Superior Court of California for the County of Los Angeles on September 25, 2020.

On February 11, 2021, this Court ruled on four motions. (Doc. 64.) The Court granted Defendant's motion to compel the First and Second Cause of Action to arbitration. (*Id*.) (Defendant did *not* move to compel the Third Cause of Action to arbitration. Nor did Defendant move to compel its declaratory relief action to

BOHM LAW GROUP, INC.
21051 WARNER CENTER LANE, SUITE 225
WOODLAND HILLS, CALIFORNIA 91367

arbitration.) (*See*, *generally*, Doc. 12.) The Court also granted Defendant's request to stay the action pending arbitration of Plaintiff's First and Second Causes of Action. (Doc. 64.)

In the same order on February 11, 2021, the Court granted Defendant's motion to "compel" Plaintiff to proceed in this action with his real name. (Doc. 64.) The Court denied Plaintiff's motion for a preliminary injunction under the First and Second Cause of Action. (*Id.*) The Court denied, *without prejudice*, Plaintiff's motion for leave to file a Third Amended Complaint because Plaintiff's counsel inadvertently failed to attach a copy of the proposed complaint of the motion. (*Id.*)

Defendant has filed a separate arbitration for declaratory relief against Plaintiff seeking, *inter alia*, a declaration that it did not violate any State or Federal laws when it terminated Plaintiff. (Ortiz Decl. ¶ 2.) The Parties have tentatively agreed to appoint Hon. Richard Stone (Ret.) as the arbitrator in that action. The Parties are currently negotiating the terms of a stipulation providing for such. (*Id.*)

**B. Plaintiff Met And Conferred Prior To Bringing This Motion**

On February 17, 2021, Plaintiff's counsel informed Defense counsel that Plaintiff will not be submitting the First or Second Cause of Action to arbitration. (Exhibit 1 to Ortiz Declaration.) Plaintiff offered to stipulate to dismissal of the First And Second Cause of Action <u>with</u> prejudice. (*Id.*)

On March 5, 2021, Defense responded that it will not meet and confer with Plaintiff until an arbitrator for its declaratory relief action is named. (Exhibit 2 to Ortiz Declaration.) Plaintiff's counsel responded that the Federal action and the arbitration are separate cases and that these issues are not related. (*Id.*)

On March 8, 2021, Plaintiff provided Defendant with redline edited and "clean" copies of the proposed Third Amended Complaint. (Exhibit 3 to Ortiz Declaration.) Plaintiff requested that Defendant stipulate to leave. Plaintiff again

BOHM LAW GROUP, INC.
21051 WARNER CENTER LANE, SUITE 225
WOODLAND HILLS, CALIFORNIA 91367

offered to stipulate to dismissing the First and Second Cause of Action with prejudice. (*Id.*) Defense counsel reiterated that it will not meet and confer until an arbitrator is named in its arbitration. (Exhibit 4 to Ortiz Declaration.) Plaintiff's counsel warned Defendant that the Local Rules require it to meet and confer. (Exhibit 5 to Ortiz Declaration.)

On March 16, 2021, Defendant accepted Plaintiff's proposal to appoint Judge Stone as the arbitrator in Defendant's declaratory relief action. (Ortiz Decl. ¶ 9.) Defendant proposed a stipulation that would appoint Judge Stone as arbitrator and grant Plaintiff leave to file a Third Amended Complaint after the time to disqualify Judge Stone had expired. (*Id.*) Plaintiff proposed that the Parties waive their right to disqualify Judge Stone, given that disqualifying him would defeat the purpose of appointing him. (*Id.*) As of the time of this filing (three business days later), Defendant has not yet responded. (*Id.*)

Because the arbitration and this action are separate cases, Plaintiff has elected to proceed with his motion. The terms of the arbitration of a *separate case* are not material to this action. There is no reason to delay resolution of this issue while the Parties negotiate the terms of Judge Stone, particularly since leave is required for Plaintiff to comply with the Court's order that he proceed with his real name.

**C. The Proposed Third Amended Complaint**

Exhibit 6 to the Declaration of Brandon Ortiz is a copy of a redline edited version of the proposed Third Amended Complaint, which is incorporated herein by reference. This draft shows the proposed edits/amendments to the Second Amended Complaint. Exhibit 7 is a "clean" copy of the proposed Third Amended Complaint.

The proposed Third Amended Complaint deletes the First and Second Causes of Action, deletes allegations related to the First And Second Causes of Action, and deletes references to JAMs, which was voluntarily dismissed in the Superior Court.

BOHM LAW GROUP, INC.
21051 WARNER CENTER LANE, SUITE 225
WOODLAND HILLS, CALIFORNIA 91367

To comply with the Court's order of February 11, 2021 that Plaintiff proceed with his real name, the Third Amended Complaint deletes all references to "John Doe" and replaces them with "Clay Kramer" on first reference and "Mr. Kramer" on subsequent references.

The proposed Third Amended Complaint does not change the numbering of the causes of action (i.e. the Third Cause of Action for retaliation remains the Third Cause of Action) or paragraphs, to maintain consistency and to avoid confusion. The formatting of the proposed Third Amended Complaint was changed to comply with the Local Rules. No other substantive changes were made. (Ortiz Decl. ¶ 13.)

This motion is being made in good faith and without dilatory motives. (Ortiz Decl. ¶ 15.) Plaintiff is not interested in spending time and money arbitrating the First and Second Causes of Action. Plaintiff has decided, instead, to seek dismissal of the arbitration through demurrer or other means once Judge Stone is appointed. (*Id.*)

## III. ARGUMENT

### A. The Court Should Grant Leave To File A Third Amended Complaint

"The court should freely give leave [to amend pleadings] when justice so requires." Fed. R. Civ. P. 15(a)(2). Because a party cannot unilaterally dismiss claims under Federal Rule of Civil Procedure Rule 41(a), a party must obtain leave under Rule 15. *Ethridge v. Harbor House Restaurant*, 861 F. 2d 1389, 1392 (9th Cir. 1988); *Campbell v. Altec Industries, Inc.*, 605 F. 3d 839, 841, fn. 1 (11th Cir. 2010).

Leave to amend the pleadings is freely given unless the opposing party makes a showing of undue prejudice, or bad faith or dilatory motive on the part of the moving party. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Sonoma County Ass'n of Retired Employees v. Sonoma County*, 708 F. 3d 1109, 1117 (9th Cir. 2013) (opposing party must present "strong evidence" of undue delay, bad faith, or dilatory motive).

BOHM LAW GROUP, INC.
21051 WARNER CENTER LANE, SUITE 225
WOODLAND HILLS, CALIFORNIA 91367

In this case, Defendant cannot present a scintilla of evidence, much less strong evidence, of undue prejudice, bad faith, or dilatory motive. To date, Defendant has not asserted any objections to the proposed Third Amended Complaint. Clearly Defendant suffers no prejudice if Plaintiff *dismisses* claims and narrows the issues in this case. Thus, the Court should grant leave for Plaintiff to file the proposed Third Amended Complaint.

## IV. CONCLUSION

For the above stated reasons, Plaintiff respectfully requests that the Court grant leave for Plaintiff to file the proposed Third Amended Complaint (Exhibit 7), order the First And Second Causes of Action dismissed with prejudice, and lift the stay issued on February 11, 2021.

Dated: March 19, 2021

By: *<u>/s/ Brandon Ortiz</u>*

LAWRANCE A. BOHM, ESQ.
BRADLEY J. MANCUSO, ESQ.
BRANDON P. ORTIZ, ESQ.
LINCOLN ELLIS, ESQ.

Attorneys for Plaintiff,
"CLAY KRAMER"