**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAY KRAMER, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRIXINVEST, LLC, dba "Rich Uncles," a limited liability corporation, JAMS, Inc., a corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-08844-AB-JPR<br><br>[Proposed] **ORDER** |

Pursuant to the stipulation of the parties under Fed. R. Civ. P. 41(a)(1)(A)(ii) and (a)(2), **IT IS HEREBY ORDERED** that this entire action be, and hereby is, **DISMISSED with prejudice** as to all claims, causes of action, and parties, with each side to bear its attorney's fees and costs, except as agreed upon.

DATED:  May 02, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable André Birotte Jr.
　　　　　　　　　　　　　　　　　　　United States District Court Judge